**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00548-CR
No. 05-15-00549-CR

**DADRIANNE NICHOLE TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70784-H, F13-55178-H**

## ORDER
Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**.


/s/     ROBERT M. FILLMORE
        JUSTICE